FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -vs-<br><br>JONATHAN S. WATSON,<br><br>    Defendant. | No. 2:23-PO-0156-JAG-1<br><br>ORDER ON MOTIONS |

A motion hearing was held on June 26, 2024. Defendant was present, represented by Stephen Hormel. Legal Intern Anna Pearson represented the United States, supervised by Timothy Ohms. The Court addressed Defendant's pending motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Release of Property, **ECF Nos. 18 and 33**, is **RESERVED** until after trial.

2. Defendant's Motion for Disclosure for Video Footage, **ECF Nos. 19 & 34,** is **GRANTED IN PART.** The Government shall provide clips intended to be used at trial, with civilians blurred. The Government shall provide a status report to the Court no later than **Friday, June 28, 2024,** if unable to comply with the Court's order.

3. Defendant's Motion to Dismiss, **ECF No. 32**, is **DENIED AS MOOT**.

4. All previously set trial deadlines, including the July 11, 2024, bench trial, are **CONFIRMED**.

ORDER - 1

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

DATED June 27, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2