AO 245I (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 1   Revised by WAED - 06/13

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) |
| JONATHAN S. WATSON | Case No.  2:23-PO-0156-JAG |
|  | USM No.  N/A |
|  | STEPHEN HORMEL |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded  ☐ guilty  ☐ nolo contendere to count(s) _____

☑ **THE DEFENDANT** was found guilty on count(s)  1 of the Amended Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 41 CFR § 102-74.385 & 18 USC § 930(g)(2) | FAILURE TO COMPLY WITH OFFICIAL SIGN | 09/21/2023 | 1 |

The defendant is sentenced as provided in pages 2 through  5  of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3456

Defendant's Year of Birth:  1955

City and State of Defendant's Residence:
Spokane, WA

10/31/2024
Date of Imposition of Judgment

*/s/ James A. Goeke*
Signature of Judge

James A. Goeke    Magistrate Judge, U.S. District Court
Name and Title of Judge

11/08/2024
Date

AO 245I   (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
    Sheet 3 — Criminal Monetary Penalties

| | Judgment — Page | 2 | of | 5 |
|---|---|---|---|---|

DEFENDANT: JONATHAN S. WATSON
CASE NUMBER: 2:23-PO-0156-JAG

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

| | Assessment/Processing Fee | Fine | Restitution |
|---|---|---|---|
| TOTALS | $5.00 | $0.00 | $0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I    (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 4 — Schedule of Payments

DEFENDANT: JONATHAN S. WATSON  
CASE NUMBER: 2:23-PO-0156-JAG

Judgment — Page __3__ of __5__

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☑  Lump sum payment of $ __5.00__ due immediately, balance due

    ☐ not later than _____ , or  
    ☑ in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☑ F below); or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

Defendant shall pay the mandatory $5 special penalty assessment, due immediately, to the Clerk of Court, Thomas Foley Courthouse, 920 W. Riverside, Suite 840, Spokane, WA 99201

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the following address until monetary penalties are paid in full: Clerk, U.S. District Court, Attention: Finance, P.O. Box 1493, Spokane, WA 99210-1493.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (Rev. 11/16)   Judgment in a Criminal Case
　　　　　　　　　　  Sheet 4—Probation

---

Judgment—Page __4__ of __5__

**DEFENDANT: JONATHAN S. WATSON**
**CASE NUMBER: 2:23-PO-0156-JAG**

## PROBATION

You are hereby sentenced to probation for a term of :   3 year(s) .

Defendant's term of probation will be unsupervised.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 2451   (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
          Sheet 5A — Probation Supervision

Judgment — Page  5  of  5

DEFENDANT: JONATHAN S. WATSON
CASE NUMBER: 2:23-PO-0156-JAG

## SPECIAL CONDITIONS OF PROBATION

1. Defendant shall only enter the Riverside U.S. Postal Office located at 904 W. Riverside Ave., Spokane, WA 99201, and area surrounding the Riverside U.S. Postal Office and Thomas Foley Courthouse Plaza, 920 W. Riverside Ave., Spokane, WA 99201, to include sidewalks around and infront of both buildings (the block between Monroe and Lincoln, and Riverside and Main) between 9:00 a.m. and 3:00 p.m., on Tuesdays, Wednesdays, and Thursdays. You shall not enter the Riverside U.S. Postal Office area described above outside of the proscribed days and times.